Andrew K. Alper, (State Bar No. 088876)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff MOMENTUM
COMMERCIAL FUNDING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MOMENTUM COMMERCIAL FUNDING, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL P. BEASLEY, JR. aka MICHAEL PAUL BEASLEY, JR.,<br><br>Defendant. | Case No. 2:16-CV-02085-JAM-CKD<br><br>**ORDER ALLOWING MOMENTUM COMMERCIAL FUNDING, LLC EXTENSION OF TIME TO FILE MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) OR OTHERWISE PLEAD** |
| MICHAEL P. BEASLEY, JR. aka MICHAEL PAUL BEASLEY, JR.,<br><br>Counterclaimant,<br><br>v.<br><br>MOMENTUM COMMERCIAL FUNDING, LLC, a California limited liability company,<br><br>Counterdefendant. | |

Upon reading the Stipulation To Extend the Time for Momentum Commercial Funding, LLC, to File Motion to Dismiss pursuant to Rule 12(b)(6) or otherwise plead, and good cause appearing,

IT IS SO ORDERED, ADJUDGED AND DECREED that Momentum Commercial

2369386.1 | 100890-0002

1

ORDER ALLOWING MOMENTUM COMMERCIAL FUNDING, LLC TO FILE MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) ON OR BEFORE DECEMBER 9, 2016

Funding, LLC shall have until December 9, 2016, to file a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) or otherwise plead to the Counterclaim filed by Counter-Claimant Michael P. Beasley, Jr. .

Dated:  11/15/2016

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2369386.1 | 100890-0002

2

ORDER ALLOWING MOMENTUM COMMERCIAL FUNDING, LLC TO FILE MOTION TO DISMISS
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) ON OR BEFORE DECEMBER 9, 2016